IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GERALD PARCHE | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-00590-O |
| | § | |
| MERIDIAN SECURITY INSURANCE | § | |
| COMPANY | § | |
|    *Defendant.* | § | |

## AGREED FINAL TAKE NOTHING JUDGMENT

On this day came Plaintiff, Gerald Parche, and waived the right to a jury trial, and announced that a compromise settlement has been reached on all claims and causes of action which were or could have been asserted against Defendant, Meridian Security Insurance Company, and that judgment should be entered that Plaintiff take nothing on all claims and causes of action asserted in this lawsuit. This compromise settlement was made on disputed claims, and the parties have denied any liability to one another in this case. Therefore, pursuant to the parties' compromise settlement, it is hereby,

ORDERED, ADJUDGED and DECREED that Plaintiff, Gerald Parche take nothing by reason of all claims, demands, and/or causes of action and that Plaintiff's claims are hereby dismissed with prejudice, with fees and costs to be borne by the parties incurring same.

SIGNED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| */s/ John Rohlf Jewell*\*<br>Shaun W. Hodge<br>State Bar No. 24052995<br>John Rohlf Jewell<br>State Bar No. 24046157<br>The Hodge Law Firm, PLLC<br>1301 Market Street<br>Galveston, Texas 77550<br>shodge@hodgefirm.com<br>jjewell@hodgefirm.com<br><br>*\*Signed with permission*<br><br>**ATTORNEYS FOR PLAINTIFF** | */s/ Sheryl Kao*<br>Sheryl Kao<br>State Bar No. 24036874<br>Email: kao@mdjwlaw.com<br>Martin, Disiere, Jefferson & Wisdom L.L.P.<br>9111 Cypress Waters Blvd., Suite 250<br>Dallas, Texas 75019<br>Telephone:  (214) 420-5500<br>Facsimile:   (214) 420-5501<br><br>Christopher W. Martin<br>State Bar No: 13057620<br>Email: martin@mdjwlaw.com<br>Martin, Disiere, Jefferson & Wisdom L.L.P.<br>Niels Esperson Building<br>808 Travis, Suite 1100<br><br>**ATTORNEYS FOR DEFENDANT** |